# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANCIS FULLER,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT HARRIS, *et al.*,<br><br>    Defendants. | Civil Action No. 17-876 (JEB) |

## MEMORANDUM OPINION

*Pro se* Plaintiff Jancis Fuller, who is serving a 20-year sentence in Connecticut, brings this case against Defendant Clerks of the United States Supreme Court, alleging that they erroneously rejected her Petition for Writ of Certiorari as untimely in another civil matter. See ECF No. 1 (Complaint). She asks that this Court thus "[e]nter an order compelling Defendant Harris and Defendant Higgins . . . to accept and file" her petition at the Supreme Court, as well as pay her court fees. Id. at 9. The Court will now dismiss this action for want of jurisdiction.

This result is compelled by binding case law. See, e.g., Griffin v. Apfel, 1999 WL 1029177, at *1 (D.D.C. June 18, 1999), aff'd, 203 F.3d 52 (D.C. Cir. 1999) (dismissing an identical claim). "This Court lacks subject matter jurisdiction to review any decision of the Supreme Court or its Clerk." Id. (citing Marin v. Suter, 956 F.2d 339, 340 (D.C. Cir. 1992)). Indeed, it is "axiomatic that a lower court may not order the judges or officers of a higher court to take an action." Panko v. Rodak, 606 F.2d 168, 171 (7th Cir. 1979). As such, the Court

cannot offer Plaintiff any relief on her claim, and thus will issue a contemporaneous Order dismissing the case for lack of subject-matter jurisdiction.

**SO ORDERED.**

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  May 12, 2017